IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:24-CV-00135-MOC-DCK

CC 101 NORTH TRYON, LLC,

    Plaintiff,

v.

NORTHEASTERN UNIVERSITY,

    Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CC 101 North Tryon, LLC and Defendant Northeastern University hereby stipulate to the dismissal of all claims and counterclaims asserted by the parties with prejudice. The parties shall bear their own costs, expenses, and attorneys' fees incurred to date.

    Dated: September 30, 2024

| **Troutman Pepper Hamilton Sanders, LLP** | **Womble Bond Dickinson (US) LLP** |
|---|---|
| /s/ *Michael C. Peretz* (with permission) | /s/ *James S. Derrick* (with permission) |
| Victoria A. Alvarez (N.C. Bar No. 54088) | James S. Derrick (N.C. Bar No. 39632) |
| Michael C. Peretz (N.C. Bar No. 56682) | Emmett J. Whelan (N.C. Bar No. 58139) |
| 301 S. College Street, Suite 3400 | 301 South College Street, Suite 3500 |
| Charlotte, North Carolina 28202 | Charlotte, North Carolina 28202 |
| Telephone: (704) 998-4099 | Telephone: (704) 331-4943 |
| Email: victoria.alvarez@troutman.com | Email: James.Derrick@wbd-us.com |
| Email: michael.peretz@troutman.com | Email: Emmett.Whelan@wbd-us.com |
| *Counsel for CC 101 North Tryon, LLC* | Beth Tyner Jones (N.C. Bar No. 15923) |
| | 555 Fayetteville Street, Suite 1100 |
| | Raleigh, North Carolina 27601 |
| | Telephone: (919) 755-8177 |
| | Email: Beth.Jones@wbd-us.com |
| | *Counsel for Northeastern University* |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2024, the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed with the Court using the CM/ECF system, which shall serve all counsel of record in this action.

                                                    /s/ *Michael C. Peretz*
                                                    *Counsel for CC 101 N. Tryon, LLC*

2

Case 3:24-cv-00135-MOC-DCK   Document 19   Filed 09/30/24   Page 2 of 2